[No. 5716-6-II.   Division Two.   June 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. SHROMA
H. LANG, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 59385, E. Albert Morrison, J., entered June 1, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 5015-7-III.   Division Three.   June 21, 1983.]

FLOY K. MORRIS, *Appellant,* v. THE CITY OF
KENNEWICK, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 81-2-00154-5, Fred R. Staples, J., entered January 14, 1982. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and Green, J.

[No. 5497-3-II.   Division Two.   June 21, 1983.]

SHIRLEY H. MCCRACKEN, *Respondent,* v. JOHN L.
WRIGHT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 236059, Donald H. Thompson, J., entered March 20, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 10890-5-I.   Division One.   June 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
DAMON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-00804-2, Frank H. Roberts, Jr., J., entered October 23, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Ringold, JJ.